IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

| | |
|---|---|
| THE STATE OF GEORGIA | ) |
| | ) |
| v. | ) INDICTMENT NO. 22SC183572 |
| | ) |
| KAHLIEFF ADAMS, et al | ) |
| | ) |

## SECOND ADMINISTRATIVE ORDER

The above-captioned case being close to the seating and swearing-in of the petit jury and opening statement stages of trial, the Court hereby enters this Second Administrative Order further memorializing certain dates for the benefit of all of those involved in the trial of this case. Accordingly, it is **HEREBY ORDERED** that counsel and all interested parties be aware of and adhere to the following dates and corresponding events:

1. **NOVEMBER 3, 2023: Deadline for all parties to file any additional pre-trial motions that have not been heard or scheduled to be heard.** The Court will allow for the filing of additional motions after this deadline has passed only as is requested and within the sound discretion of the Court.

2. **NOVEMBER 16, 2023: Deadline for the Court to hear any remaining pre-trial motions and conduct any remaining Daubert examinations.** Any pre-trial motions not heard by this date will be heard following the seating and swearing-in of the petit jury and prior to the start of opening statements. Any Daubert examinations not conducted by this date will be conducted upon the calling of any such purported expert witness for examination and prior to any such witness providing any such purported expert testimony.

3. <u>NOVEMBER 27, 2022</u>: **Opening Statements begin.**

It is further **ORDERED** that the above enumerated dates and corresponding events will not be continued or rescheduled absent direct permission from the Court. Counsel is directed to request this permission in the form of a properly drafted and timely-filed motion served upon all parties and brough it to the Court's attention via courtesy copies emailed to the Court's chambers staff.

4. <u>NOVEMBER 27, 2022</u>: **Calling of witnesses.**

Additionally, it is **HEREBY ORDERED** that counsel and all interested parties issue subpoenas, if needed, and provide notice to any and all intended witnesses directing them to appear for trial starting on November 27, 2023. Any and all intended witnesses need to be available for every day of the trial proceedings until such time that they have been dismissed by the Court or otherwise excused from appearing. <u>Counsel and all interested parties are directed to inform any and all intended witnesses that the Court will not grant them leave for travel, vacation, out-of-town events, etc. during the trial proceedings absent a serious hardship and only after requesting and receiving direct permission from the Court. Should an intended witness fail to appear when called, such absence, absent good cause shown, may result in exclusion of that witness' testimony by the Court.</u> Counsel and all interested parties are directed to provide a copy of this Second Administrative Order to any and all intended witnesses in anticipation of them being called to testify.

**SO ORDERED**, this 1st day of November, 2023.

_____
Hon. Ural Glanville, Chief Judge
Superior Court of Fulton County
Atlanta Judicial Circuit